■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH PATILLO, Appellant. [723 NYS2d 682] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Katz, J.), rendered October 15, 1997, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the prosecution's evidence is not preserved for appellate review (*see,* CPL 470.05 [2]; *People v Johnson*, 185 AD2d 247). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes*, 60 NY2d 620), we find that it is legally sufficient to establish his guilt beyond a reasonable doubt.

The defendant's challenge to the comments made by the prosecutor during summation is largely unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Medina*, 53 NY2d 951; *People v Morris*, 244 AD2d 361). In any event, the prosecutor's summation remarks were either a proper comment on the evidence (*see, People v Ashwal*, 39 NY2d 105) or a fair response to the defense counsel's summation (*see, People v Galloway*, 54 NY2d 396). O'Brien, J. P., S. Miller, Friedmann and Townes, JJ., concur.